■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINICK OLIVER, Appellant. [27 NYS3d 401]—

Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated December 20, 2013, which,

after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, he was properly assessed points under risk factor 14 (release without supervision) (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 17 [2006]). The People demonstrated, by clear and convincing evidence, that the defendant's release from incarceration was without any parole or probation conditions (*see People v Davis*, 130 AD3d 598, 599 [2015]; *People v Pinckney*, 129 AD3d 1048, 1049 [2015]; *People v Callendar*, 127 AD3d 1153, 1153-1154 [2015]; *People v McNeil*, 116 AD3d 1018 [2014]).

The defendant's remaining contention is without merit. Eng, P.J., Rivera, Hall and Hinds-Radix, JJ., concur.